## ACTELION PHARMACEUTICALS, LTD., Plaintiff–Appellant,

v.

## Michelle K. LEE, Deputy Director, U.S. Patent and Trademark Office, Under Secretary of Commerce for Intellectual Property, Defendant–Appellee.

No. 2014–1086.

United States Court of Appeals, Federal Circuit.

May 9, 2014.

Rehearing and Rehearing En Banc Denied Aug. 11, 2014.

Thomas Hoxie, Hoxie & Associates, LLC, of Millburn, NJ, argued for plaintiff-appellant.

Abby C. Wright, Attorney, Appellate Staff, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Ronald C. Machen, Jr., Scott McIntosh, and Dana Kaersvang, Attorneys. Of counsel on the brief were Nathan K. Kelley, Deputy General Counsel for Intellectual Property Law and Solicitor, Michael S. Forman and Brian T. Racilla, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA.

DYK, REYNA, and TARANTO, Circuit Judges.

PER CURIAM.

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**